| | |
|---|---|
| United States District Court<br>Southern District of New York | 7:20-cv-10734-NSR |
| Robert Ferguson, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   - against -<br><br>Duracell U.S. Operations, Inc.,<br><br>      Defendant | Notice of Voluntary Dismissal |

   Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 25, 2021

                    Respectfully submitted,

                    Sheehan & Associates, P.C.

                    /s/Spencer Sheehan

                    Spencer Sheehan<br>
                    60 Cutter Mill Rd Ste 409<br>
                    Great Neck NY 11021-3104<br>
                    Tel: (516) 268-7080<br>
                    Fax: (516) 234-7800<br>
                    spencer@spencersheehan.com<br>
                    E.D.N.Y. # SS-8533<br>
                    S.D.N.Y. # SS-2056

7:20-cv-10734-NSR
United States District Court
Southern District of New York

Robert Ferguson, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Duracell U.S. Operations, Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
60 Cutter Mill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: February 25, 2021

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on February 25, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan